UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUL 1 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| LA'MONE COLLINS,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>J. PULSIPHER; et al.,<br><br>　　　　Defendants - Appellees. | No. 05-16052<br>D.C. No. CV-03-01401-LKK<br><br>**ORDER** |

This appeal has been taken in good faith　[✓]

This appeal is not taken in good faith　　[ ]

Explanation: _____

_____

_____

_____

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　Date: 7/11/05